IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Date: September 9, 2013 |
| Court Reporter:     Kara Spitler | Probation: Justine Kozak |
| | Interpreter: Susanna Cahill |

Criminal Action No. 12-cr-00478-RBJ-1

| _Parties_: | _Counsel_: |
|---|---|
| UNITED STATES OF AMERICA, | David Tonini |
| | Mark Barrett |
| Plaintiff, | |
| v. | |
| EDUARDO PENA, | Lisa Polansky |
| Defendant. | |

## SENTENCING MINUTES

**Court in session:      8:29 a.m.**

Appearances of counsel.

Defendant is present in custody.

Interpreter sworn.

Defendant's counsel makes a statement on behalf of the defendant, offers information in mitigation of punishment, and comments on matters relating to the appropriate sentence.

Defendant, counsel for the government, the case agent, and the Probation Officer address the Court regarding sentencing.

Statement by the Court regarding defendant's offense level, criminal history level and sentencing guidelines range.

Court states its findings and conclusions.

Defendant entered his plea on May 7, 2013 to Counts One and Two of the Indictment.

**ORDERED:**  Defendant Eduardo Pena's Sentencing Statement and Motion for Non-Guideline Sentence #[91] is DENIED.

**ORDERED:**  Defendant shall be **imprisoned** for **121 months as to Count One and 121 months as to Count Two**, to run concurrently.

Court RECOMMENDS that defendant receive credit for 298 days spent in custody.

Court RECOMMENDS that the Bureau of Prisons place the defendant at an RDAP facility.

**ORDERED:**  The Court **DOES NOT impose a term of supervised release**.

**ORDERED:**  Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment), to be paid immediately.

**ORDERED:**  **No fine** is imposed because defendant has no ability to pay a fine.

**ORDERED:**  Defendant advised of right to appeal. Any notice of appeal must be filed within 14 days.

**ORDERED:**  Defendant is REMANDED to the custody of the U.S. Marshal.

**Court in recess:      10:09 a.m.**

Hearing concluded.

Total time:      1:40